**Opinion issued October 29, 2024**



In The

# Court of Appeals

For The

# First District of Texas

———————————

**NO. 01-23-00455-CV**

———————————

**CROSBY TUGS, LLC, Appellant**

**V.**

**MARVIN HARPER, Appellee**

---

**On Appeal from the 152nd District Court**
**Harris County, Texas**
**Trial Court Case No. 2021-62199**

---

**MEMORANDUM OPINION**

On April 26, 2024, at the parties' request, we abated this appeal to allow the parties to complete mediation. The abatement was continued at the parties' request to allow the parties to finalize a settlement. The parties have now filed an agreed motion to lift the abatement and to dismiss the appeal, stating that they have finalized

the settlement. They further request that this Court render judgment effectuating the parties' agreement to dismiss the appeal with each party to bear its own costs. *See* TEX. R. APP. P. 42.1(a)(2)(A), (d). No opinion has issued. *See* TEX. R. APP. P. 42.1(c).

Accordingly, we reinstate this appeal, grant the motion, and dismiss the appeal, with costs to be taxed against the party who incurred the same. *See* TEX. R. APP. P. 42.1(a)(2)(A), (d), 43.2(f). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Hightower and Countiss.